THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Randy Johnson, Appellant.
 
 
 

Appeal from Spartanburg County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2007-UP-040
Submitted January 2, 2007  Filed January 24, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Randy Johnson appeals his convictions for one count of voluntary manslaughter and two counts of leaving the scene of an accident with bodily injury.  The trial judge sentenced him to twenty-four years for voluntary manslaughter and one year, consecutive for one of the leaving the scene conviction and one year, concurrent, for the other leaving the scene conviction.  Johnson alleges the trial judge erred in allowing the State to cross-examine him with three prior convictions.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Johnsons appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and KITTREDGE and WILLIAMS, JJ., concur

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.